IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **WILLIE C. & DOROTHY CLEVELAND**, individually and on behalf of a class described herein, § § § § **Plaintiffs,** § § vs. § § **HUGH EDMONDS DISCOUNT COMPANY, INC.,** § § **Defendant.** § | Case No. CV-09-HGD-1991-W |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Hugh Edmonds Discount Company, Inc. certifies that the general nature and purpose of Hugh Edmonds Discount Company, Inc., an Alabama corporation, is that of consumer lending.

Counsel also certifies that there are no parents, subsidiaries, and/or affiliates of Hugh Edmonds Discount Company, Inc. that have issued shares or debt securities to the public.

Dated this the 28th day of October, 2009.

*/s/ R. Cooper Shattuck*
**R. Cooper Shattuck** (SHATR-5109)
**Jane L. Calamusa** (CALAJ-5640)
**Katie B. Thompson** (THOMK-4833)
Attorneys for Defendant

**OF COUNSEL**
Rosen Harwood, P.A.
Post Office Box 2727
Tuscaloosa, Alabama  35403
Telephone:  (205) 344-5000
Facsimile:   (205) 758-8358
cshattuck@rosenharwood.com
jcalamusa@rosenharwood.com
kthompson@rosenharwood.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Earl P. Underwood, Jr.
P. O. Box 969
Fairhope, AL  36533-0969

Milton Brown, Jr.
2608 8th Street
Tuscaloosa, AL  35401

Steven P. Gregory
Gregory Law Firm, P.C.
46A Mt. Laurel Avenue
Birmingham, AL  35242


*/s/ R. Cooper Shattuck*
**R. Cooper Shattuck**